| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Robert N. Braverman, Esquire**<br>**McDowell Law, PC**<br>**46 West Main Street**<br>**Maple Shade, NJ 08052**<br>**Phone  856-482-5544**<br>**Fax 856-482-5511**<br>rbraverman@mcdowelllegal.com | |
| In re:<br>     **Dawn M. DeLorenzo** | Case No.:    **22-13729**<br><br>Chapter:       **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:         **ABA** |

# CERTIFICATION OF SERVICE

1. I, __**Deborah Jamison**__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __**Robert N Braverman**__, who represents __**the debtor**__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __**June 3, 2022**__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Order Respecting Amendments
    - Amendments to Schedules
    - Notice of Chapter 13 Bankruptcy Case
    - Notice of Hearing on Confirmation of Plan
    - Filed Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **June  3, 2022**                              **/s/ Deborah Jamison**
                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Dominick Lombardo**<br>**217 Wayne Ave**<br>**Cinnaminson, NJ 08077** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Law Office of Simon Goldenberg, PLLC**<br>**c/o EZ Payday Loan**<br>**818 East 16th Street**<br>**Brooklyn, NY 11230** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel Balboa**<br>**Chapter 13 Standing Trustee**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.