**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Robert N. Braverman, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| **Dawn Delorenzo,** | : Case No. 22-13729 |
| | : |
| | : |
| | : |
| **Debtors** | : |

---------------------------------------------------------------X

**WITHDRAWAL OF DOCUMENT NO. 10 CHAPTER 13 PLAN AND MOTIONS**
**FILED ON MAY 17, 2022**

I, **Robert N. Braverman, Esq.,** counsel to Debtor(s), **Dawn Delorenzo,** hereby withdraw

document no. **10**, Chapter 13 Plan And Motions filed **5/17/2022** in the above referenced matter.

                                                              McDowell Law, PC

Dated:  June 21, 2022                                    *By:/s/***Robert N. Braverman**
                                                              **Robert N. Braverman,** Esq.
                                                              Attorney for the Debtor(s)