UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert N. Braverman, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
rbraverman@McDowellLegal.com

Order Filed on July 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dawn M. DeLorenzo

                Debtor.

Case No.: 22-13729
Chapter: 13
Judge: ABA

## ORDER AUTHORIZING RETENTION OF

Philip J. Mammano, Jr. as Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: July 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain     Philip J. Mammano, Jr.
as     Personal Injury Attorney    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Mammano & Mulvihill, PC
   82 S White Horse Pike, Suite 200
   Berlin, NJ 08009

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*