Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13729−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn M. DeLorenzo
   aka Dawn Michele DeLorenzo, aka Dawn
   DeLorenzo
   25 Pump Branch Rd.
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−5640

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/12/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 12, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dawn M. DeLorenzo  
    Debtor

Case No. 22-13729-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Oct 12, 2022      Form ID: 148      Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn M. DeLorenzo, 25 Pump Branch Rd., Berlin, NJ 08009-9634 |
| aty | + | Philip J. Mammano, Jr., Mammano & Mulvihill, PC, 82 S. White Horse Pike, Suite 200, Berlin, NJ 08009-2324 |
| sp | + | Philip J. Mammano, Jr., Mammano & Mulvihill, PC, 82 White Horse Pike, Suite 200, Berlin, NJ 08009-2324 |
| 519576297 | + | Build Card, Attn: Bankruptcy Dept, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 519576303 | | Cooper University Health Care, ATTN: Patient Billing, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519576306 | + | Diagnostic Pathology Consultants, 520 E 22nd St., Lombard, IL 60148-6110 |
| 519630390 | + | Dominick Lombardo, 217 Wayne Ave, Cinnaminson, NJ 08077-3842 |
| 519576312 | | Home Depot, 116 Walker Ave., West Berlin, NJ 08091 |
| 519630391 | + | Law Office of Simon Goldenberg,, PLLC, Attn EZ Payday Loan, 818 East 16th Street, Brooklyn, NY 11230-3010 |
| 519576322 | + | Precision Auto, 236 N. Route 73, Berlin, NJ 08009-9645 |
| 519576328 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519659020 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519576329 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Oct 13 2022 01:08:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 519576296 | ^ | MEBN | Oct 12 2022 21:21:45 | ARS Account Resolution Services, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 519576293 | ^ | MEBN | Oct 12 2022 21:21:45 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519576294 | ^ | MEBN | Oct 12 2022 21:21:23 | American Coradius Internat'l, LLC, 2420 Sweet Home Rd., Suite 150, Amherest, NY 14228-2244 |
| 519634466 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2022 21:28:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519576295 | + | Email/PDF: bncnotices@becket-lee.com | Oct 12 2022 21:27:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519576300 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 12 2022 21:22:00 | Citizens Bank, N.A., One Citizens Bank Way, Mailstop JCA 115, Johnston, RI 02919 |
| 519576305 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 12 2022 21:21:00 | Credit Corp Solutions, Attn: Bankruptcy, 63 East 11400 South #408, Sandy, UT 84070 |
| 519576298 | + | EDI: CAPITALONE.COM | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Oct 13 2022 01:08:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519576301 | + Email/Text: tuscolsup@fisglobal.com | Oct 12 2022 21:23:00 | Complete Payment Recovery Services, Inc., 3500 5th Street, Northport, AL 35476-4723 |
| 519576302 | + EDI: CONVERGENT.COM | Oct 13 2022 01:08:00 | Convergent Outsourcing, Inc., 800 SW 39th St., PO Box 9004, Suite 100, Renton, WA 98057-9004 |
| 519576304 | + EDI: CCS.COM | Oct 13 2022 01:08:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 519576307 | ^ MEBN | Oct 12 2022 21:19:23 | Emergency Physician Assoc. of S. Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519576308 | + Email/Text: bankruptcydepartment@tsico.com | Oct 12 2022 21:23:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519576309 | ^ MEBN | Oct 12 2022 21:18:39 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519576310 | ^ MEBN | Oct 12 2022 21:19:18 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519576311 | Email/Text: bknotices@fbcs-inc.com | Oct 12 2022 21:22:00 | FBCS, 330 S Warminster Road, Suite 353, Hatboro, PA 19040 |
| 519576299 | EDI: JPMORGANCHASE | Oct 13 2022 01:08:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519642630 | + Email/Text: RASEBN@raslg.com | Oct 12 2022 21:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519576314 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 12 2022 21:22:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519582618 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 21:28:14 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519576315 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 21:27:44 | LabCorp, PO Box 10587, Greenville, SC 29603-0587 |
| 519576316 | + Email/Text: BKNotice@ldvlaw.com | Oct 12 2022 21:22:00 | Lyons, Doughty & Veldhuis, PC, Attn: Keith Esposito, Esq., 136 Gaither Drive, Suite 100 / PO Box 1269, Mount Laurel, NJ 08054-2239 |
| 519659131 | + EDI: AISMIDFIRST | Oct 13 2022 01:08:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519576317 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2022 21:22:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519576318 | + EDI: AISMIDFIRST | Oct 13 2022 01:08:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519576320 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 12 2022 21:22:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519639544 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 12 2022 21:22:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519576319 | Email/Text: bankruptcydepartment@tsico.com | Oct 12 2022 21:23:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519576321 | EDI: PRA.COM | Oct 13 2022 01:08:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519634439 | EDI: PRA.COM | Oct 13 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519576324 | Email/Text: signed.order@pfwattorneys.com | Oct 12 2022 21:22:00 | Pressler, Felt & Warshaw LLP, Attn: Rita E. Dunleavy, Esq., 7 Entin Road, Parsippany, NJ |

Case 22-13729-ABA    Doc 30    Filed 10/14/22    Entered 10/15/22 00:18:08    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 148 | Total Noticed: 61 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 07054-5020 |
| 519576323 | | Email/Text: signed.order@pfwattorneys.com | Oct 12 2022 21:22:00 | Pressler, Felt & Warshaw LLP, Attn: Theologia Papadelias, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519659388 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 21:27:47 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519576325 | ^ | MEBN | Oct 12 2022 21:21:52 | Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519623906 | | EDI: Q3G.COM | Oct 13 2022 01:08:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519576326 | + | Email/Text: clientservices@remexinc.com | Oct 12 2022 21:22:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519576327 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 21:28:14 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519576330 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 12 2022 21:22:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519576331 | + | EDI: RMSC.COM | Oct 13 2022 01:08:00 | Synchrony Bank / PayPal, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519576332 | + | EDI: WTRRNBANK.COM | Oct 13 2022 01:08:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519576333 | + | Email/Text: chegyi@winslowtownship.com | Oct 12 2022 21:22:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 519576334 | ^ | MEBN | Oct 12 2022 21:19:44 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519576335 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 21:27:44 | Virtua Health, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519582470 | + | EDI: WFFC2 | Oct 13 2022 01:08:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 519576336 | + | EDI: WFFC2 | Oct 13 2022 01:08:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519576313 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 12, 2022 | Form ID: 148 | Total Noticed: 61 |
| Date: Oct 14, 2022 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Robert Braverman | on behalf of Debtor Dawn M. DeLorenzo rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5