**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Robert N. Braverman, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Dawn Delorenzo,** | : | Case No. 22-13729 |
| | : | |
| | : | |
| | : | |
| **Debtors** | : | |

------------------------------------------------------------X

### WITHDRAWAL OF DOCUMENT NO. 36 MOTION TO OBJECT TO CLAIMS OF INTERNAL REVENUE SERVICE FILED ON DECEMBER 13, 2022

I, **Robert N. Braverman, Esq.,** counsel to Debtor(s), **Dawn Delorenzo,** hereby withdraw document no. **36**, Motion To Object To Claims Of Internal Revenue Service filed **12/13/2022** in the above referenced matter.

McDowell Law, PC

Dated: December 15, 2022

*By:/s/***Robert N. Braverman**
**Robert N. Braverman,** Esq.
Attorney for the Debtor(s)