| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Robert N. Braverman, Esquire**<br>**McDowell Law, PC**<br>**46 West Main Street**<br>**Maple Shade, NJ 08052**<br>**Phone  856-482-5544**<br>**Fax 856-482-5511**<br>rbraverman@mcdowelllegal.com | |
| In re:<br>    **Dawn M. DeLorenzo** | Case No.:     **22-13729**<br>Chapter:      **13**<br>Adv. No.:<br>Hearing Date:<br>Judge:         **ABA** |

## CERTIFICATION OF SERVICE

1. I, __Deborah Jamison__ :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for __Robert N. Braverman__, who represents __the debtor__ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On __January 24, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Order Respecting Amendments
   - Amendments to Schedules
   - Notice of Chapter 13 Bankruptcy Case
   - Notice of Hearing on Confirmation of Plan
   - Filed Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __January 24, 2023__                                __/s/ Deborah Jamison__
                                                                                    Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **CCMUA**<br>**PO Box 1105**<br>**Bellmawr, NJ 08099-5105** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **EZPass**<br>**Violations Processing Center**<br>**PO Box 4971**<br>**Trenton, NJ 08650** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel Balboa**<br>**Chapter 13 Standing Trustee**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.