UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Dawn M. Delorenzo

Case No.: 22-13729
Chapter: 13
Judge: ABA

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Dawn M. Delorenzo__, __debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __May 30, 2023__ at __10:00am__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper Street, 4th Floor, Camden NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury from Auto Accident. Date of accident: May 6, 2021.

Pertinent terms of settlement: Monetary settlement in the amount of $15,000.00 awarded to Dawn Delorenzo, Plaintiff. Net to plaintiff $8,645.05. Entire amount was exempted by Debtor.

Objections must be served on, and requests for additional information directed to:

Name: Robert N. Braverman, Esquire

Address: 46 West Main Street, Maple Shade NJ 08052

Telephone No.: 856-482-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 22-13729-ABA
Dawn M. DeLorenzo                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin                                  Page 1 of 4
Date Rcvd: May 02, 2023          Form ID: pdf905                              Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn M. DeLorenzo, 25 Pump Branch Rd., Berlin, NJ 08009-9634 |
| aty | + | Philip J. Mammano, Jr., Mammano & Mulvihill, PC, 82 S. White Horse Pike, Suite 200, Berlin, NJ 08009-2324 |
| sp | + | Philip J. Mammano, Jr., Mammano & Mulvihill, PC, 82 White Horse Pike, Suite 200, Berlin, NJ 08009-2324 |
| 519576297 | + | Build Card, Attn: Bankruptcy Dept, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 519817369 | | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 519576303 | | Cooper University Health Care, ATTN: Patient Billing, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 519576306 | + | Diagnostic Pathology Consultants, 520 E 22nd St., Lombard, IL 60148-6110 |
| 519630390 | + | Dominick Lombardo, 217 Wayne Ave, Cinnaminson, NJ 08077-3842 |
| 519576312 | | Home Depot, 116 Walker Ave., West Berlin, NJ 08091 |
| 519630391 | + | Law Office of Simon Goldenberg,, PLLC, Attn EZ Payday Loan, 818 East 16th Street, Brooklyn, NY 11230-3010 |
| 519576322 | + | Precision Auto, 236 N. Route 73, Berlin, NJ 08009-9645 |
| 519576328 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519659020 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519576329 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2023 20:43:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 519576296 | ^ | MEBN | May 02 2023 20:40:26 | ARS Account Resolution Services, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 519576293 | ^ | MEBN | May 02 2023 20:40:25 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519576294 | ^ | MEBN | May 02 2023 20:38:35 | American Coradius Internat'l, LLC, 2420 Sweet Home Rd., Suite 150, Amherest, NY 14228-2244 |
| 519634466 | | Email/PDF: bncnotices@becket-lee.com | May 02 2023 21:00:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519576295 | + | Email/PDF: bncnotices@becket-lee.com | May 02 2023 21:00:59 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519576300 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 02 2023 20:43:00 | Citizens Bank, N.A., One Citizens Bank Way, Mailstop JCA 115, Johnston, RI 02919 |
| 519576305 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 02 2023 20:43:00 | Credit Corp Solutions, Attn: Bankruptcy, 63 East 11400 South #408, Sandy, UT 84070 |

Case 22-13729-ABA    Doc 51    Filed 05/04/23    Entered 05/05/23 00:17:06    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: May 02, 2023 | Form ID: pdf905 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 519576298 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2023 20:48:29 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519576301 | + | Email/Text: tuscolsup@fisglobal.com | May 02 2023 20:44:00 | Complete Payment Recovery Services, Inc., 3500 5th Street, Northport, AL 35476-4723 |
| 519576302 | + | Email/Text: convergent@ebn.phinsolutions.com | May 02 2023 20:44:00 | Convergent Outsourcing, Inc., 800 SW 39th St., PO Box 9004, Suite 100, Renton, WA 98057-9004 |
| 519576304 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 02 2023 20:44:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 519576307 | ^ | MEBN | May 02 2023 20:39:40 | Emergency Physician Assoc. of S. Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519576308 | + | Email/Text: bankruptcydepartment@tsico.com | May 02 2023 20:44:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519576309 | ^ | MEBN | May 02 2023 20:39:03 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519576310 | ^ | MEBN | May 02 2023 20:39:42 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519576311 | | Email/Text: bknotices@fbcs-inc.com | May 02 2023 20:43:00 | FBCS, 330 S Warminster Road, Suite 353, Hatboro, PA 19040 |
| 519576299 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2023 20:48:28 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519642630 | + | Email/Text: RASEBN@raslg.com | May 02 2023 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519576314 | + | Email/Text: PBNCNotifications@peritusservices.com | May 02 2023 20:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519582618 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 20:48:46 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519576315 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 20:48:33 | LabCorp, PO Box 10587, Greenville, SC 29603-0587 |
| 519576316 | + | Email/Text: BKNotice@ldvlaw.com | May 02 2023 20:43:00 | Lyons, Doughty & Veldhuis, PC, Attn: Keith Esposito, Esq., 136 Gaither Drive, Suite 100 / PO Box 1269, Mount Laurel, NJ 08054-2239 |
| 519659131 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 02 2023 20:48:29 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519576317 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2023 20:44:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519576318 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 02 2023 20:48:51 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519817370 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 02 2023 20:43:00 | EZ Pass, Viloations Processing Center, PO Box 4971, Trenton NJ 08650 |
| 519576320 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 02 2023 20:43:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519639544 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 02 2023 20:43:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519576319 | | Email/Text: bankruptcydepartment@tsico.com | May 02 2023 20:44:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519576321 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2023 20:48:56 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519634439 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2023 20:48:43 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, |

Case 22-13729-ABA    Doc 51    Filed 05/04/23    Entered 05/05/23 00:17:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: pdf905 | Total Noticed: 63 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541 |
| 519576324 | | Email/Text: signed.order@pfwattorneys.com | May 02 2023 20:43:00 | Pressler, Felt & Warshaw LLP, Attn: Rita E. Dunleavy, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519576323 | | Email/Text: signed.order@pfwattorneys.com | May 02 2023 20:43:00 | Pressler, Felt & Warshaw LLP, Attn: Theologia Papadelias, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519659388 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 20:48:39 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519576325 | ^ | MEBN | May 02 2023 20:40:36 | Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519623906 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2023 20:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519576326 | + | Email/Text: clientservices@remexinc.com | May 02 2023 20:43:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519576327 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 20:48:33 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519576330 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 02 2023 20:43:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519576331 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2023 20:48:30 | Synchrony Bank / PayPal, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519576332 | + | Email/Text: bncmail@w-legal.com | May 02 2023 20:43:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519576333 | + | Email/Text: chegyi@winslowtownship.com | May 02 2023 20:44:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 519576334 | ^ | MEBN | May 02 2023 20:39:49 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519576335 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 20:48:56 | Virtua Health, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519582470 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 02 2023 21:01:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 519576336 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 02 2023 20:50:22 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519576313 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: May 02, 2023 | Form ID: pdf905 | Total Noticed: 63 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Robert Braverman | on behalf of Debtor Dawn M. DeLorenzo rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5