Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13729−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn M. DeLorenzo
   aka Dawn Michele DeLorenzo, aka Dawn
   DeLorenzo
   25 Pump Branch Rd.
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−5640

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed SETTLEMENT OF CONTROVERSY:

Description of Property (if applicable):

Personal Injury from Auto Accident. Date of accident: May 6, 2021.


Dated: May 24, 2023
JAN: lgr

                                                                  Jeanne Naughton
                                                                  Clerk