Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-13729 (ABA)

Dawn M. Delorenzo  
25 Pump Branch Road  
Berlin, NJ  08009

Monthly Payment: $2,882.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2023 | $2,200.00 | 02/16/2023 | $2,200.00 | 03/15/2023 | $2,350.00 | 04/20/2023 | $2,350.00 |
| 06/05/2023 | $2,350.00 | 08/04/2023 | $3,100.00 | 08/07/2023 | $3,166.00 | 08/30/2023 | $3,166.00 |
| 09/27/2023 | $3,166.00 | 11/15/2023 | $3,168.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DAWN M. DELORENZO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT N. BRAVERMAN, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $3,000.00 |
| 1 | ARS ACCOUNT RESOLUTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ACCOUNT RESOLUTION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN CORADIUS INTERNAT'L, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | 33 | $1,704.38 | $0.00 | $1,704.38 | $0.00 |
| 5 | BUILD CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $983.10 | $0.00 | $983.10 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $1,001.36 | $0.00 | $1,001.36 | $0.00 |
| 8 | CITIZENS BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | COMPLETE PAYMENT RECOVERY SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CONVERGENT OUTSOURCING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT COLLECTION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $793.86 | $0.00 | $793.86 | $0.00 |
| 14 | DIAGNOSTIC PATHOLOGY CONSULTANTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY | 33 | $1,682.00 | $0.00 | $1,682.00 | $0.00 |
| 16 | EOS CCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | FBCS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 24 | $22,916.79 | $17,559.46 | $5,357.33 | $17,559.46 |
| 22 | KOHLS/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LABCORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $166.80 | $0.00 | $166.80 | $0.00 |
| 25 | MIDLAND FUND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MIDFIRST BANK | 24 | $12,387.75 | $10,066.79 | $2,320.96 | $10,066.79 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $1,610.55 | $0.00 | $1,610.55 | $0.00 |
| 28 | NATIONWIDE CREDIT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PRECISION AUTO | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | QUANTUM3 GROUP, LLC | 33 | $607.74 | $0.00 | $607.74 | $0.00 |
| 32 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $741.75 | $0.00 | $741.75 | $0.00 |
| 33 | QUALITY ASSET RECOVERY, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | REMEX INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | SOUTH JERSEY RADIOLOGY ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | STATE OF NEW JERSEY | 28 | $12,132.77 | $0.00 | $12,132.77 | $0.00 |
| 38 | STATE OF NEW JERSEY DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | QUANTUM3 GROUP, LLC | 33 | $350.00 | $0.00 | $350.00 | $0.00 |
| 40 | TARGET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | TOWNSHIP OF WINSLOW | 24 | $725.26 | $725.26 | $0.00 | $725.26 |
| 42 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,682.00 | $0.00 | $1,682.00 | $0.00 |
| 45 | WELLS FARGO BANK, N.A. | 33 | $3,056.57 | $0.00 | $3,056.57 | $0.00 |
| 46 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ROBERT BRAVERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | DEPARTMENT OF THE TREASURY | 28 | $98,499.15 | $0.00 | $98,499.15 | $0.00 |
| 49 | DEPARTMENT OF THE TREASURY | 33 | $69,796.15 | $0.00 | $69,796.15 | $0.00 |
| 50 | DOMINICK LOMBARDO | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | LAW OFFICE OF SIMON GOLDENBERG, PLLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | STATE OF NEW JERSEY | 24 | $6,153.95 | $5,000.95 | $1,153.00 | $5,000.95 |
| 53 | STATE OF NEW JERSEY | 33 | $2,267.19 | $0.00 | $2,267.19 | $0.00 |
| 54 | CAMDEN COUNTY MUA | 24 | $742.42 | $603.32 | $139.10 | $603.32 |
| 55 | EZPASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | MIDLAND CREDIT MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2022 | 8.00 | $0.00 |
| 02/01/2023 | Paid to Date | $17,900.00 |
| 03/01/2023 | 51.00 | $2,882.00 |
| 06/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $27,216.00 |
| Total paid to creditors this period: | $36,955.78 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $8,886.00 |
| Attorney: | ROBERT N. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**