UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Dawn M. DeLorenzo,

Debtor.

Case No.: __22-13729-ABA__

Chapter: __13__

Hearing Date: __03/19/2024__

Judge: __Altenburg__

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled       ☐ Withdrawn

Matter: Motion for Relief re: 25 Pump Branch Road (Docket # 65)

_____

Date: 3/18/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*