# UNITES STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone: 856-482-5544 / Fax: 856-482-5511**
**tegner@mcdowelllegal.com**
*Attorney for Debtor*

|  |  |
|---|---|
| In re: | Chapter 13 |
| Dawn M. DeLorenzo | Case No. 22-13729-ABA |
| Debtor. | Judge: Altenburg |

## WITHDRAWAL OF DOCUMENT NO. 70
## CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION
## FILED ON APRIL 22, 2024

I, Thomas G. Egner., counsel to Debtor Dawn M. DeLorenzo, hereby withdraw document No. 70, Chapter 13 Debtor's Attorney Fee application, filed April 22, 2024 in the above referenced matter.

Dated: 04/23/2024                              By: */s/ Thomas G. Egner*
                                              Thomas G. Egner, Esq.
                                              McDowell Law, PC
                                              46 West Main Street
                                              Maple Shade, NJ 08052
                                              856-482-5544