Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–13729–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dawn M. DeLorenzo
aka Dawn Michele DeLorenzo, aka Dawn DeLorenzo
25 Pump Branch Rd.
Berlin, NJ 08009

Social Security No.:
xxx–xx–5640

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             July 19, 2024
Time:                      09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*76* – Certification in Opposition to Trustee's Certification of Default (related document:75 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 06/12/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Thomas G. Egner on behalf of Dawn M. DeLorenzo. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: June 6, 2024
JAN: kvr

Jeanne Naughton
Clerk