|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| In Re:<br><br>Dawn M. DeLorenzo | Case No.: 22-13729<br>Adversary No.: NA<br>Chapter: 13<br>Judge: Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
(Example: John Smith, creditor)

Old address: P.O. Box 130000
Raleigh NC 27605

New address: P.O. Box 169005
Irving, TX 75016

New phone no.: NA
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 08/20/2024          /s/ Cindy Galdamez
                                          Signature

rev.8/1/2021