| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Thomas G. Egner, Esq.<br>McDowell Law, PC<br>46 West Main St.<br>Maple Shade, NJ 08052<br>Phone: 856-482-5544 / Fax: 856-482-5511<br>tegner@mcdowelllegal.com | Order Filed on December 3, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Dawn M. DeLorenzo,<br><br>                                           Debtor. | Case No.:  22-13729-ABA<br>Chapter:  13<br>Judge:  Altenburg |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 3, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Thomas G. Egner _____, the applicant, is allowed a fee of $ _____ 952.50 _____ for services rendered and expenses in the amount of $ _____ -0- _____ for a total of $ _____ 952.50 _____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ___ 3,302.00 ___ per month for _30 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*

2