UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002**

In Re:

    Dawn M. DeLorenzo**,**

                  Debtor(s).'

Case No. 22-13729    ABA

Judge:    Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $66,840.00 total receipts applied to plan, payment of $3,487.00 due within ten (10) days/in transit; then $3,639.00 for the remaining twenty-nine (29) months commencing January 1, 2025, for a total of sixty (60) months.

2. If applicable, an amended Order to Employer to Pay the Trustee shall be prepared and filed with the Court by debtor(s) or debtor(s)' attorney, if any, or in the alternative, debtor shall submit all future plan payments via TFS Bill Pay within thirty (30) days from the date of this Stipulation.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on February 22, 2023 remain in effect.

_____
Thomas G. Egner, Esquire,
Attorney for Debtor

Dated: 1/2/2025

/s/    *Andrew B. Finberg*
Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated:    12/3/2024

*Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee*