Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                          Case No.:  22−13729−ABA
                          Chapter:  13
                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Dawn M. DeLorenzo
    aka Dawn Michele DeLorenzo, aka Dawn
    DeLorenzo
    25 Pump Branch Rd.
    Berlin, NJ 08009

Social Security No.:
    xxx−xx−5640

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/11/25 at 09:00 AM

to consider and act upon the following:

**96** − Certification in Opposition to (related document:93 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 03/17/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Thomas G. Egner on behalf of Dawn M. DeLorenzo. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 3/18/25

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court